**Order entered October 7, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00664-CV

## IN THE MATTER OF J.H.D., A JUVENILE

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-70487-2019**

## ORDER

Before the Court is appellant's October 6, 2022 motion for an extension of time to file his brief on the merits. We **GRANT** the motion and extend the time to Monday, **November 7, 2022**.

/s/    BILL PEDERSEN, III
        JUSTICE